United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 6, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 01-41363
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAUL ANTONIO EROZO EUCEDA,

Defendant - Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas, Brownsville
---------------------

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that appellant's unopposed motion to recall the mandate, reopen this appeal, vacate sentence and remand for resentencing is GRANTED. The opinion of the court issued on February 20, 2003 is withdrawn.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.